IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:05-548-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Antonio Fordham, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion requesting reconsideration of the denial of his request that the undersigned write the Bureau of Prisons (BOP) recommending that Defendant receive a one year credit towards his period of incarceration based upon his participation in the BOP's Residential Drug Abuse Treatment Program (RDATP). ECF No. 1263. Defendant contends that his circumstance warrants this court's recommendation because he has "made extraordinary changes in [his] life" since his incarceration. Mot. at 1 (ECF No. 1263, filed Nov. 30, 2012).

While the court commends Defendant for his rehabilitative efforts, the decision whether to award credit based upon participation in the RDATP is one solely within the policies and discretion of the BOP. Accordingly, the court declines to reconsider its position and Defendant's motion for reconsideration is **denied.**

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
December 10, 2012

1